# UNITED STATES DISTRICT COURT
## District of Minnesota

Aida Yolanda Cuzco Vega,

Petitioner,

v.

Pamela Bondi, Kristi Noem, David Easterwood, Todd M. Lyons,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-954 LMP/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Aida Yolanda C. V.'s Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED as moot. This action is DISMISSED WITHOUT PREJUDICE.

Judgment is entered.

Date: 2/9/2026

KATE M. FOGARTY, CLERK